ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In the Matter of

REZA MAKKI and
ELIZABETH MAKKI,

Debtors.
______________________________/

Case No. 16-14300-B-7F

DC No. RHT-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**
11 U.S.C. §363

Date: March 28, 2017
Time: 9:30 a.m.
Dept: B

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting successor trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about November 30, 2016, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

///////

4. Among the assets of this estate is non exempt equity in a 2011 Toyota Camry with a fair market value of approximately $6,500.00 and stock in Whole Foods with a total fair market value of approximately $559.64.

5. The Trustee has received an offer from the debtors, Reza Makki and Elizabeth Makki, to purchase the equity in the above-described assets for the total sum of $3,500.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the assets, the debtors' vehicle exemption in the amount of $3,050.00, and the costs associated with taking possession of, storing, and selling the vehicle at auction. I do not believe that the estate would net a higher amount from an auction sale of the vehicle and open market sale of the stock.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, Reza Makki and Elizabeth Makki, for the total sum of $3,500.00.

**DATED**: MARCH 1, 2017

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee